UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN CROWDER,<br><br>          Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>          Defendant. | )<br>)<br>)<br>)   4:08-cv-0049-SEB-WGH<br>)<br>)<br>)<br>)<br>)<br>) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Alan Crowder is no longer entitled to Disability Insurance Benefits based on his medical improvement as of August 1, 2004, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: 06/09/2009

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Mark Clark Webster
KARL TRUMAN LAW OFFICE
markwebster@trumanlaw.com